In the Matter of the Claim of LUCY BROOKS, Respondent, against ELLIOTT BATES, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued December 5, 1945; decided January 18, 1946.

*John J. Stewart* and *John P. Smith* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Emmeline E. Ferris* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DYE and MEDALIE, JJ.; DESMOND and THACHER, JJ., dissent upon the ground that there is no evidence of any accidental injury.